MARGARET M. MACPHERSON, Respondent, v. ALEXANDER MACPHERSON, Appellant. Memorandum: We do not regard the order appealed from as a determination of the validity of

the Mexican divorce. That is a matter to be determined upon the trial of the action. All concur. (Appeal from an order of Monroe Special Term directing defendant to pay temporary alimony and counsel fees in an action for an absolute divorce.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [207 Misc. 662.]